# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151900 & (37)

In re PAYNE/PUMPHREY/FORTSON, Minors.

SC: 151900
COA: 324813
Calhoun CC Family Division:
09-003732-NA

_____/

On order of the Court, the application for leave to appeal the June 11, 2015 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2015



Clerk

s0728